■ In the Matter of LEA HERALD, Appellant, v SCOTT HERALD, Respondent. (Appeal No. 2.) [759 NYS2d 418] —Appeal from an order of Family Court, Erie County (Mix, J.), entered October 13, 2000, which dismissed the petition alleging violation of an order of visitation.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Herald v Herald* (305 AD2d 1080 [2003]). Present—Pine, J.P., Wisner, Kehoe, Burns and Gorski, JJ.